**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 11, 2016.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| IN RE: | § | CASE NO. 16-10339-hcm |
|---|---|---|
| | § | |
| KHALED MASOUD ALSARHAN | § | |
| | § | CHAPTER 13 |
| | § | |
| DEBTOR. | § | |

**ORDER GRANTING
MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS**

The Court has considered the Emergency Motion to Extend Time to File Schedules and Statements filed by Khaled Masoud Alsarhan ("Debtor") on April 7, 2016 ("Motion") (dkt# 8), and the Court is of the opinion that the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that the Emergency Motion to Extend Time to File Schedules and Statements is hereby granted and the Debtor is to file the Chapter 13 Schedules and Statements on or before May 4, 2016.

# # #

1